No. 7. CORRADA v. GARCÍA.—Appeal from the District Court of San Juan. Decided January 30, 1905. The appeal was dismissed on the ground that the appellant had not complied with the provisions of section 299 of the Code of Civil Procedure and 50, 51, and 54 of the Regulations. *Messrs. Acuña and Méndez,* for appellant.

No. 2. DOMENECH v. ROLA.—Appeal from the District Court of Aguadilla. Decided February 13, 1905. Motion to dismiss the appeal on the ground that the appellant had not complied with the provisions of section 51 of the Regulations. Motion dismissed on the grounds of the opinion in the case of *Finlay v. Finlay & Waymouth Bros. Trading Co.,* 7 P. R. Reports, p. 546. *Mr. Franco Soto,* for petitioner; *Mr. Vázquez,* for opponent.

No. 12. CHAPMAN v. FERNÁNDEZ.—Appeal from the District Court of Mayaguez. Decided February 13, 1905. The appeal was dismissed by reason of the appellant not having complied with the provisions of sections 299 of the Code of Civil Procedure, and 50, 51, and 54 of the Regulations. *Mr. Smith,* for appellant; *Mr. Ramírez,* for respondent.

No. 13. PORTO RICO SALT Co. v. COLBERG.—Appeal from the District Court of Mayaguez. Decided February 20, 1905. The appeal was dismissed on the ground that the appellant had not complied with the provisions of section 299 of the Code of Civil Procedure, and 50, 51 and 54 of the Regulations. *Messrs. Acuña and Méndez,* for appellant.